IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON TUCKER,

    Plaintiff,

v.                                                    Case No. 1:20-cv-26-AW-GRJ

WILLIAM P. BARR,

    Defendant.

_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's March 30, 2020, Report and Recommendation. ECF No. 8. No objections have been filed. I approve the report and recommendation and adopt it as the court's order. The clerk will enter a judgment that says, "This case is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(2)(B)(ii)." The clerk will then close the file.

SO ORDERED on May 7, 2020.

                                                s/ *Allen Winsor*
                                                United States District Judge